

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

Date: February 11, 2016

**Berton N. Ring**
**Law Offices of Berton N. Ring**
**123 West Madison Street**
**15th Floor**
**Chicago, IL 60602**

RE:  Gabiola et al v. Keesee et al
USDC: **1:16-cv-02076**
Dear Counselor:

The records of this office indicate that on 02/09/2016 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2016-CH-00766. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court web site:  www.ilnd.uscourts.gov   under the heading 'on-line forms.'

In completing the appearance form, please note that the Clerk's Office provides notice <u>only</u> to the attorney shown in box (A) of the appearance form.

Sincerely yours,

Thomas G. Bruton, Clerk

By:    /s/ Julie S. Leopold
         Deputy Clerk



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

Date: February 11, 2016

**Stuart Montgomery Clarke**
**Berton N. Ring, P.C.**
**123 West Madison**
**Suite 1500**
**Chicago, IL 60602**

RE:      Gabiola et al v. Keesee et al
USDC: **1:16-cv-02076**
Dear Counselor:

The records of this office indicate that on 02/09/2016 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2016-CH-00766. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court web site: www.ilnd.uscourts.gov under the heading 'on-line forms.'

In completing the appearance form, please note that the Clerk's Office provides notice <u>only</u> to the attorney shown in box (A) of the appearance form.

                                  Sincerely yours,

                                  Thomas G. Bruton, Clerk

                                  By:     /s/ Julie S. Leopold
                                                Deputy Clerk