## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Peter Gabiola, et al. v. Thomas Keesee, et al.     Case Number: 16-cv-02076

An appearance is hereby filed by the undersigned as attorney for:
Thomas Keesee, Marc Gary Epstein, Hammermill & Masterson LLC

Attorney name (type or print): Adam D. Grant

Firm:     Dickinson Wright PLLC

Street address:     500 Woodward Avenue, Suite 4000

City/State/Zip:     Detroit, MI  48226

Bar ID Number: ARDC 6298408          Telephone Number:    (313) 223-3500
(See item 3 in instructions)

Email Address: agrant@dickinsonwright.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.     ☒ Retained Counsel
                                                 ☐ Appointed Counsel
                                                   If appointed counsel, are you a
                                                   ☐ Federal Defender
                                                   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/21/16

Attorney signature:     S/ Adam D. Grant
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015