**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PETER GABIOLA, *et al.*, on behalf of themselves and all other similarly situated individuals,<br><br>*Plaintiffs*<br><br>v.<br><br>MUGSHOTS.COM, LLC, *et al.*,<br><br>*Defendants*. | Case No. 16-cv-02076<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Susan E. Cox |

**ILLINOIS ATTORNEY GENERAL'S MOTION TO INTERVENE**

Pursuant to Federal Rules of Civil Procedure 5.1 and 24, Illinois Attorney General Lisa Madigan ("Attorney General") moves to intervene in this case in response to certain defendants' challenge to the constitutionality of provisions of the Illinois Right of Publicity Act ("IRPA"), 765 ILCS 1075/1 *et seq.*, and the Illinois Consumer Fraud Act ("ICFA"), 815 ILCS 505/1 *et seq.* In support of this motion, the Attorney General states:

1. Plaintiffs are two individuals whose criminal record information, including their photographs, or "mugshots," allegedly appears on websites owned and operated by the defendants. Plaintiffs allege, *inter alia*, that the defendants post and then demand payment for the removal of such information from these websites, in violation of the IRPA and ICFA. (Compl., Counts I–III.)

2. On January 20, 2016, Plaintiffs filed this action in the Circuit Court of Cook County on behalf of themselves and a proposed class of similarly situated individuals. Defendants Thomas Keesee, Marc Gary Epstein, and Hammermill & Masterson LLC (collectively, "Moving Defendants") removed the action to this Court on February 9, 2016.

1

3. On March, 22, 2016, the Moving Defendants filed a motion to dismiss the complaint on various grounds. The Moving Defendants contend, *inter alia*, that the provisions of the IRPA and ICFA relied upon by Plaintiffs are unconstitutional as applied to them. (Dkt. 13 at 6-8.) Specifically, the Moving Defendants argue that application of these statutory provisions to their conduct, as alleged in the complaint, would violate the First Amendment of the United States Constitution. (*Id.*) The Moving Defendants also claim that the provisions of the IRPA and ICFA relied upon by Plaintiffs conflict with the Communications Decency Act, 47 U.S.C. § 230, making their application to the Moving Defendants unconstitutional under the Supremacy Clause, U.S. Const. art. VI, cl. 2. (Dkt. 14 at 8-12.)

4. Pursuant to Federal Rule of Civil Procedure 5.1(a), on March 25, 2016, the Moving Defendants sent to the Attorney General and filed with the Court a notice that they were challenging the constitutionality of the IRPA and ICFA. (Dkt. 16.) The Attorney General received this notice on April 4, 2016.

5. Rule 5.1(c) provides that, within 60 days after receiving notice of a challenge to the constitutionality of a state statute (or after certification by the Court of a challenge to the constitutionality of a statute, whichever occurs first), the State's Attorney General may intervene in the action. *See also* Fed. R. Civ. P. 24.

6. Based on the foregoing, the Attorney General moves to intervene in this action pursuant to Rules 5.1 and 24 of the Federal Rules of Civil Procedure.

7. If the Court permits the Attorney General to intervene, the Attorney General further requests leave to file by June 6, 2016, a written response, not exceeding 25 pages, to the Moving Defendants' arguments in their motion to dismiss that the IRPA and ICFA are unconstitutional.

WHEREFORE, the Attorney General respectfully requests leave to intervene in this case, and further requests leave to file by June 6, 2016, a written response, not exceeding 25 pages, to the Moving Defendants' arguments in their motion to dismiss that the IRPA and ICFA are unconstitutional.

Date: April 29, 2016                                   Respectfully submitted,

                                                       LISA MADIGAN
                                                       Attorney General of the State of Illinois

                                                       By:      /s/*Christopher G. Wells*
                                                                Assistant Attorney General

John Wolfsmith
*jwolfsmith@atg.state.il.us*
Phone: (312) 814-8309

Richard S. Huszagh
*rhuszagh@atg.state.il.us*
(312) 814-2587

Christopher G. Wells
*cwells@atg.state.il.us*
(312) 814-6141

Assistant Attorneys General
100 W. Randolph St.
Chicago, IL 60601