IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| PETER GABIOLA, ANTONIO HAMMOND, on behalf of themselves and all other similarly situated individuals, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 16 C 2076 |
| | ) ) | Judge Coleman |
| MUGSHOTS.COM, LLC, *et. al.*, | ) ) ) | |
| Defendants. | ) ) | |

## UNITED STATES' MOTION TO INTERVENE

The United States of America, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, pursuant to Rule 5.1 of the Federal Rules of Civil Procedure (FRCP) and Rule 5.6 of this court's local rules, moves to intervene in this action to defend the constitutionality of the Fair Credit Reporting Act (FCRA) codified at 15 U.S.C. § 1681c, and states as follows:

1. Rule 5.1 of the FRCP permits the United States to intervene when a private party files a notice indicating that it has drawn into question the constitutionality of a federal statute. Defendants in this action, Mugshots.com LLC, *et. al.*, filed such a notice on March 25, 2016. As part of that notice, defendants indicated that they had raised a First Amendment challenge to the FCRA as well as to several Illinois state statutes in their March 22, 2016 motion to dismiss. Defendants' notice triggered the timing requirements of Rule 5.1(c). Under those requirements, the United States was granted 60 days to seek intervention. That 60-day deadline expires today, May 24, 2016.

2. At this point, the United States is still evaluating whether intervention in this matter is appropriate. Counsel for the United States is reviewing the pleadings and coordinating with other interested government officials. By regulation, any final decision on whether the United States will participate in this action will be made by the Solicitor General. *See* 28 C.F.R. § 0.21 (providing in full that, "[t]he Solicitor General may in consultation with each agency or official concerned, authorize intervention by the government in cases involving the constitutionality of acts of Congress."). We are in the process of preparing a recommendation to the Solicitor General concerning intervention. We anticipate that it will take, at a minimum, 60 additional days for us to finalize that recommendation, forward it to the Solicitor General, and have him render a decision.

3. In the meantime, to protect the interests of the United States, we are now moving to intervene in this action to defend the constitutionality of 15 U.S.C. § 1681c. We will advise the court immediately of the Solicitor General's final determination on intervention by the United States.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney

    By: s/Linda A. Wawzenski_____
        LINDA A. WAWZENSKI
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, IL 60604
        (312) 353-1994
        linda.wawzenski@usdoj.gov