IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER GABIOLA, ANTONIO HAMMOND, on behalf of themselves and all other similarly situated individuals,<br><br>       Plaintiffs,<br>  v.<br><br>MUGSHOTS.COM, LLC, *et. al.*,<br><br>       Defendants. | Civil Action No.: 16-C-2076<br><br>Judge Coleman |

**UNITED STATES'S NOTICE CONCERNING INTERVENTION**

Pursuant to the Court's order dated June 28, 2016, the United States respectfully submits this notice concerning the United States's intervention in this case, and states as follows:

1. On May 24, 2016, we filed a protective motion to intervene pursuant to Rule 5.1 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2403(a) in order to defend the constitutionality of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, against Defendants' First Amendment challenge. *See* Mot. Intervene, May 24, 2016, ECF No. 29. In that motion, we explained that any final decision regarding intervention would be made by the Solicitor General, and indicated that we would inform the Court promptly once that decision was made. The Court directed us to file any such notice by July 25, 2016. *See* Order, May 31, 2016, ECF No. 31.

2. We are now authorized to state that the Solicitor General has officially approved the United States's participation in this action. We therefore respectfully request that the Court grant our May 24, 2016 motion to intervene, and permit us to present our defense of the challenged statute.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
|  | JONATHAN F. OLIN<br>Deputy Assistant Attorney General |
|  | MICHAEL S. BLUME<br>Director |
|  | ANDREW E. CLARK<br>Assistant Director |
|  | /s/ Alexander V. Sverdlov<br>ALEXANDER V. SVERDLOV<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 386<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-0138<br>Fax: (202) 514-8742<br>Email:  alexander.v.sverdlov@usdoj.gov |
| July 20, 2016 | Attorneys for the United States |