## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Peter Gabiola, et al.
                    Plaintiff,

v.                                    Case No.: 1:16−cv−02076
                                      Honorable Sharon Johnson Coleman

Thomas Keesee, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2017:

    MINUTE entry before the Honorable Sharon Johnson Coleman: This Court grants in part and denies in part defendants' motions to dismiss [67, 84]. The motions are granted on Counts II, IV, V, VI, VII, and denied on Counts I, III, VIII, and IX. Enter Memorandum Opinion and Order. Mailed notice (rth)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.