## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PETER GABIOLA, ANTONIO HAMMOND, and JIMMY THOMPSON on behalf of themselves and all other similarly situated individuals, | No. 16-cv-02076 |
|         Plaintiffs, | |
| v. | Honorable Judge Sharon Johnson Coleman |
| SAHAR SARID, individually and a/k/a "Michael Robertson"; THOMAS KEESEE, an individual; MARC GARY EPSTEIN, an individual; MUGSHOTS.COM, LLC, a Delaware Limited Liability Company; UNPUBLISH, LLC, a Florida Limited Liability Company; UNPUBLISH, LLC, a Wyoming Limited Liability Company; HAMMERMILL & MASTERSON LLC d/b/a "Unpublisharrest.com," "Mugshots.com," and "Unpublishingpartners.com," a Wyoming Limited Liability Company; and HAMMERMILL & MASTERSON LLC d/b/a "Unpublisharrest.com," "Mugshots.com," and "Unpublishingpartners.com," a Florida Limited Liability Company, | |
|         Defendants. | |

## DEFENDANT SAHAR SARID'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

Defendant Sahar Sarid ("Defendant"), for his Answer to the First Amended Class Action Complaint and Law and Equity (the "FAC") filed by Plaintiffs Peter Gabiola, Antonio Hammond, and Jimmy Thompson (collectively, "Plaintiffs"), admits, denies, and alleges as follows:

### Preliminary Statement

1.      Answering the "Preliminary Statement," Defendant denies the allegations therein and asserts that, as to what this action "seeks" or "is about," the FAC speaks for itself.

**Jurisdiction and Venue**

2.      Answering Paragraphs 1-3 of the FAC, Defendant denies the allegations therein.

**The Parties**

3.      Answering Paragraphs 4-20 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

4.      Answering Paragraph 21 of the FAC, Defendant admits the allegations therein.

5.      Answering Paragraphs 22-33 of the FAC, Defendant denies the allegations therein.

6.      Answering Paragraphs 34-44 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

7.      Answering Paragraph 45 of the FAC, Defendant denies the allegations therein.

8.      Answering Paragraph 46 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

9.      Answering Paragraph 47 of the FAC, Defendant denies the allegations therein.

10.     Answering Paragraph 48-49 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

11.     Answering Paragraph 50 of the FAC, Defendant denies the allegations therein.

12.     Answering Paragraphs 51-53 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

13.     Answering Paragraph 54 of the FAC, Defendant denies the allegations therein to the extent they allege that any LLC defendants are alter egos or buffers for Defendant. To the

extent the allegations relate to conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

14.     Answering Paragraph 55 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

15.     Answering Paragraphs 56-57 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

16.     Answering Paragraphs 58-62 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

17.     Answering Paragraph 63 of the FAC, Defendants denies that he shares offices or comingles assets or incomes with any other defendant.

18.     Answering Paragraph 64 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

19.     Answering Paragraphs 65-66 of the FAC, Defendant denies the allegations therein.

20.     Answering Paragraphs 67-69 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

21.     Answering Paragraph 70 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct by

other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

22.      Answering Paragraph 71 of the FAC, Defendant denies the allegations therein.

23.      Answering Paragraph 72 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

**General Allegations Common to All Counts**

24.      Answering Paragraph 73 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

25.      Answering Paragraphs 74 of the FAC, Defendant admits that the described function is one of the features available on Mugshots.com.

26.      Answering Paragraph 75 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

27.      Answering Paragraphs 76-77 of the FAC, Defendant denies allegations therein.

28.      Answering Paragraph 78 of the FAC, Defendant denies the allegations therein.

29.      Answering Paragraph 79 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

30.      Answering Paragraphs 80-98 of the FAC, Defendant denies the allegations therein.

31.      Answering Paragraph 99 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

32.     Answering Paragraphs 100-03 of the FAC, Defendant denies the allegations therein.

33.     Answering Paragraphs 104 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

34.     Answering Paragraphs 105-08 of the FAC, Defendant denies the allegations therein.

35.     Answering Paragraph 109 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

36.     Answering Paragraphs 110-13 of the FAC, Defendant denies the allegations therein.

37.     Answering Paragraphs 114-16, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

38.     Answering Paragraphs 117-21 of the FAC, Defendant denies the allegations therein.

39.     Answering Paragraph 122 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

40.     Answering Paragraphs 123-127 of the FAC, Defendant denies the allegations therein.

41.     Answering Paragraph 128-129 of the FAC, Defendant states that there were corporate policies and procedures in place to both confirm the accuracy of information posted and to update information and photographs being posted.

42.     Answering Paragraphs 130-137 of the FAC, Defendant denies the allegations therein.

43.     Answering Paragraph 138 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

44.     Answering Paragraph 139 of the FAC, Defendant denies the allegations therein.

45.     Answering Paragraph 140 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

46.     Answering Paragraphs 141-43 of the FAC, Defendant denies the allegations therein.

47.     Answering Paragraph 144 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

48.     Answering Paragraph 145 of the FAC, Defendant admits that he does not request written permission of any arrestees before posting their mug shots and arrest records to mugshots.com but affirmatively alleges that he does not have any obligation to do so and that he does not post mug shots and arrest records to mugshots.com. To the extent Paragraph 145 of the FAC alleges conduct by other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

49.     Answering Paragraphs 146-51 of the FAC, Defendant denies the allegations therein.

50.     Answering Paragraph 152 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

51.     Answering Paragraphs 153-55 of the FAC, Defendant denies the allegations therein.

52.     Answering Paragraph 156 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

53.     Answering Paragraph 157 of the FAC, Defendant states that the quoted Notice has appeared on the Mugshots.com site at some time.

54.     Answering Paragraphs 158-69 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

55.     Answering Paragraphs 170-77 of the FAC, Defendant denies the allegations therein.

56.     Answering Paragraphs 178-80 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

57.     Answering Paragraph 181 of the FAC, denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

58.     Answering Paragraph 182 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

59.     Answering Paragraph 183 of the FAC, Defendant denies that he offers any information on mugshots.com. As to the balance of the allegations in Paragraph 183, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

60.     Answering Paragraphs 184-85 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

61.     Answering Paragraph 186 of the FAC, Defendant denies the allegations therein.

62.     Answering Paragraphs 187-88 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

63.     Answering Paragraph 189 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

64.     Answering Paragraph 190 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

65.     Answering Paragraphs 191-97 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

66.     Answering Paragraphs 198-201 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

67.     Answering Paragraphs 202-03 of the FAC, Defendant denies the allegations therein.

68. Answering Paragraphs 204-10 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

69. Answering Paragraph 211 of the FAC, Defendant denies the allegations therein.

70. Answering Paragraphs 212-14 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

71. Answering Paragraphs 215-20 of the FAC, Defendant denies the allegations therein.

72. Answering Paragraph 221 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

73. Answering Paragraphs 222-23 of the FAC, Defendant denies the allegations therein.

74. Answering Paragraphs 224-25 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

75. Answering Paragraph 226 of the FAC, Defendant denies the allegations therein.

76. Answering Paragraph 227 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

77. Answering Paragraphs 228-29 of the FAC, Defendant denies the allegations therein.

78. Answering Paragraph 230 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

79.     Answering Paragraph 231 of the FAC, Defendant denies the allegations therein.

80.     Answering Paragraph 232 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

81.     Answering Paragraphs 233-35 of the FAC, Defendant denies the allegations therein.

82.     Answering Paragraph 236 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

83.     Answering Paragraph 237 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

84.     Answering Paragraphs 238-39 of the FAC, Defendant denies the allegations therein.

85.     Answering Paragraph 240 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

86.     Answering Paragraphs 241-54 of the FAC, Defendant denies the allegations therein.

87.     Answering Paragraph 255 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

88.     Answering Paragraphs 256-65 of the FAC, Defendant denies the allegations therein.

89.     Answering Paragraph 266 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

90.     Answering Paragraph 267 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

91.     Answering Paragraphs 268-69 of the FAC, Defendant denies the allegations therein.

92.     Answering Paragraphs 270-71 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

93.     Answering Paragraph 272 of the FAC, Defendant denies the allegations therein.

94.     Answering Paragraph 273 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

95.     Answering Paragraph 274 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

96.     Answering Paragraph 275 of the FAC, Defendant denies the allegations therein.

97.     Answering Paragraphs 276-93 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

98.     Answering Paragraph 294 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other

11

defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

99.    Answering Paragraphs 295-97 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

100.    Answering Paragraphs 298-99 of the FAC, Defendant denies the allegations therein.

101.    Answering Paragraph 300 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

102.    Answering Paragraphs 301-06 of the FAC, Defendant denies the allegations therein.

103.    Answering Paragraph 307 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

104.    Answering Paragraphs 308-09 of the FAC, Defendant asserts that the statute speaks for itself.

105.    Answering Paragraph 310 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

106.    Answering Paragraph 311 of the FAC, Defendant denies the allegations therein.

107.    Answering Paragraph 312 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

108.    Answering Paragraph 313 of the FAC, Defendant denies the allegations therein.

109.     Answering Paragraphs 314-15 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

110.     Answering Paragraph 316 of the FAC, Defendant denies the allegations therein.

111.     Answering Paragraphs 317-18 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

112.     Answering Paragraphs 319-30 of the FAC, Defendant denies the allegations therein.

113.     Answering Paragraph 331 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

114.     Answering Paragraph 332 of the FAC, Defendant denies the allegations therein.

115.     Answering Paragraphs 333-34 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

116.     Answering Paragraph 335 of the FAC, Defendant denies the allegations therein.

117.     Answering Paragraph 336-338 of the FAC, Defendant asserts that the FAC and the record in this case speak for themselves.

118.     Answering Paragraphs 339-59 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

119.    Answering Paragraphs 360-61 of the FAC, Defendant denies the allegations therein.

120.    Answering Paragraph 362 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

121.    Answering Paragraph 363 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

122.    Answering Paragraphs 364-65 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

123.    Answering Paragraph 366 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

124.    Answering Paragraphs 367-78 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

125.    Answering Paragraph 379 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

126.    Answering Paragraphs 380-83 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

127.    Answering Paragraph 384 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

128.    Answering Paragraphs 385-90 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

129.    Answering Paragraphs 391-92 of the FAC, Defendant denies the allegations therein.

130.    Answering Paragraphs 393-407 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

**Class Action Allegations**

131.    Answering Paragraphs 408-14 of the FAC, Defendant asserts that the paragraphs state legal conclusions to which no response is required. To any extent a response is required, Defendant denies the allegations in Paragraphs 408-14 of the FAC.

132.    Answering Paragraph 415 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

133.    Answering Paragraphs 416-17 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

134.    Answering Paragraphs 418-19 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege

conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

135.     Answering Paragraphs 420-26, Defendant asserts that the paragraphs state legal conclusions to which no response is required. To any extent a response is required, Defendant denies the allegations in Paragraphs 420-26 of the FAC.

136.     Answering Paragraphs 427-28 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

137.     Answering Paragraph 429 of the FAC, Defendant states that he of course reserves his right to object to any attempt by Plaintiffs to amend their class definitions and allegations and denies that any automatic right amendment exists, regardless of Plaintiffs' putative "reservation" of their supposed rights.

## Count I: Class A

## Violations of the Illinois Right of Publicity Act

138.     Answering Paragraph 430 of the FAC, Defendant incorporates the admissions, denials, allegations, and assertions in the preceding paragraphs of this Answer.

139.     Answering Paragraph 431 of the FAC, Defendant asserts that the paragraph states legal conclusions to which no response is required. To any extent a response is required, Defendant denies the allegations in Paragraph 431 of the FAC.

140.     Answering Paragraph 432 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

141.     Answering Paragraphs 433-35 of the FAC, Defendant affirmatively alleges that the statute speaks for itself and denies any allegations inconsistent with the statute.

142.    Answering Paragraphs 436-37 of the FAC, Defendant admits that he does not request written permission of any arrestees before posting their mug shots and arrest records to mugshots.com but affirmatively alleges that he does not have any obligation to do so and that he does not post mug shots and arrest records to mugshots.com. To the extent Paragraphs 436-37 of the FAC allege conduct by other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations

143.    Answering Paragraphs 438-43 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

144.    Answering Paragraphs 444-46 of the FAC, Defendant affirmatively alleges that the statute speaks for itself and denies any allegations inconsistent with the statute.

145.    Answering Paragraph 447 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

WHEREFORE, Defendant requests that the Court enter judgment in his favor and against Plaintiffs on this claim:

A.    Denying Plaintiffs' request for certification as a class action;

B.    Dismissing Plaintiffs' claims as to Defendant, with Plaintiffs taking nothing thereby;

C.    Awarding Defendant his reasonable attorneys' fees, costs, and expenses, pursuant to 765 ILCS 1075/55; and

D.    Granting any other relief deemed appropriate.

## Count II: Classes A, B, and C

## Violations of the Illinois Consumer Fraud Act

146.     Answering Paragraphs 448-55 of the FAC, Defendant asserts that this claim has been dismissed and, therefore, no response is required.

## Count III: Classes A, B, and C

## Violations of the Illinois Mugshots Act

147.     Answering Paragraph 456 of the FAC, Defendant incorporates the admissions, denials, allegations, and assertions in the preceding paragraphs of this Answer.

148.     Answering Paragraph 457 of the FAC, Defendant affirmatively alleges that the statute speaks for itself and denies any allegations inconsistent with the statute.

149.     Answering Paragraphs 458-60 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

150.     Answering Paragraph 461 of the FAC, Defendant affirmatively alleges that the statute speaks for itself and denies any allegations inconsistent with the statute.

WHEREFORE, Defendant requests that the Court enter judgment in his favor and against Plaintiffs on this claim:

A.     Denying Plaintiffs' request for certification as a class action;

B.     Dismissing Plaintiffs' claims, with Plaintiffs taking nothing thereby;

C.     Awarding Defendant his reasonable attorneys' fees and costs, pursuant to 815 ILCS 505/10a; and

D.     Granting any other relief deemed appropriate.

**Count V: All Classes**

**Violations of the Racketeer Influenced and Corrupt Organizations Act**

151.    Answering Paragraphs 462-76 of the FAC, Defendant asserts that this claim has been dismissed and, therefore, no response is required.

**Count VI: Class D**

**Violations of the Federal Fair Credit Reporting Act**

152.    Answering Paragraphs 477-97 of the FAC, Defendant asserts that this claim has been dismissed and, therefore, no response is required.

**Count VI: Class D**

**Violations of the Federal Fair Credit Reporting Act**

153.    Answering Paragraphs 498-503 of the FAC, Defendant asserts that this claim has been dismissed and, therefore, no response is required.

**Count VII: Classes B, C, and D**

**Violation of the Federal Fair Credit Reporting Act**

154.    Answering Paragraphs 504-07 of the FAC, Defendant asserts that this claim has been dismissed and, therefore, no response is required.

**Count VIII: Class D**

**Violations of the Florida Right of Publicity Act**

155.    Answering Paragraph 508 of the FAC, Defendant incorporates the admissions, denials, allegations, and assertions in the preceding paragraphs of this Answer.

156.    Answering Paragraph 509 of the FAC, Defendant admits that he lives and works in Florida. Defendant denies that he owns or operates the websites reference. As to the balance of the allegations in Paragraph 509, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

157.    Answering Paragraphs 510-12 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

158.    Answering Paragraph 513 of the FAC, Defendant asserts that the paragraph states a legal conclusion to which no response is required. To any extent a response is required, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations in Paragraph 513 and therefore denies said allegations.

159.    Answering Paragraph 514 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

160.    Answering Paragraph 515 of the FAC, Defendant affirmatively alleges that the statute speaks for itself and denies any allegations inconsistent with the statute.

161.    Answering Paragraphs 516-17 of the FAC, Defendant admits that he does not request written permission of any arrestees but affirmatively alleges that he does not have any obligation to do so and that he does not post mug shots and arrest records to mugshots.com. To the extent Paragraphs 516-17 of the FAC allege conduct by other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

162.    Answering Paragraphs 518-21 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

WHEREFORE, Defendant requests that the Court enter judgment in his favor and against Plaintiffs on this claim:

A.    Denying Plaintiffs' request for certification as a class action;

B.    Dismissing Plaintiffs' claims, with Plaintiffs taking nothing thereby; and

C.      Granting any other relief deemed appropriate.

## Count IX: Class D

## Violations of the Florida Consumer Fraud Act

163.    Answering Paragraph 522 of the FAC, Defendant incorporates the admissions, denials, allegations, and assertions in the preceding paragraphs of this Answer.

164.    Answering Paragraph 523 of the FAC, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

165.    Answering Paragraphs 524-25 of the FAC, Defendant affirmatively alleges that the statute speaks for itself and denies any allegations inconsistent with the statute.

166.    Answering Paragraphs 526-27 of the FAC, Defendant denies the allegations therein to the extent they allege conduct by Defendant. To the extent the allegations allege conduct of other defendants in this action, Defendant lacks sufficient information to form an opinion as to the truth or falsity of the allegations therein and therefore denies said allegations.

WHEREFORE, Defendant requests that the Court enter judgment in his favor and against Plaintiffs on this claim:

A.      Denying Plaintiffs' request for certification as a class action;

B.      Dismissing Plaintiffs' claims, with Plaintiffs taking nothing thereby; and

C.      Granting any other relief deemed appropriate.

## General Denial

167.    Defendant denies all allegations in the FAC not expressly admitted herein.

## Affirmative Defenses

168.    Defendant alleges that the FAC fails to state a claim upon which relief can be granted.

169.    For his affirmative defenses, Defendant alleges estoppel, laches, statute of limitations, and waiver.

170.    For an additional affirmative defense, Defendant alleges that all of the activities complained of in Plaintiffs' First Amended Complaint are fully protected by the First Amendment of the United States Constitution.

**Dated**: October 10, 2017.

Respectfully submitted,


_____/s/ Adam D. Grant_____
Adam D. Grant
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, Michigan  48226
One of the Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the preceding DEFENDANT SAHAR SARID'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT was served on October 10, 2017, on all counsel of record, in accordance with Fed. R. Civ. P. 5., Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Berton N. Ring – bring@bnrpc.com
Stuart M. Clarke – sclarke@bnrpc.com
Linda A. Wawzenski – linda.wawzenski@usdoj.gov
Christopher G. Wells – cwells@atg.state.il.us
John P. Wolfsmith – jwolfsmith@atg.state.il.us
Richard S. Huszagh – rhuszagh@atg.state.il.us
David N. Ferrucci – dferrucci@dickinsonwright.com
Alexander V. Sverdlov – alexander.v.sverdlov@usdoj.gov
Michael A. Stick – MStick@butlerrubin.com
Andrew Foreman – AForeman@butlerrubin.com

/s/ Adam D. Grant
Adam D. Grant
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, Michigan 48226
One of the Attorneys for Defendant

PHOENIX 63724-1 402364v1