# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Peter Gabiola, et al.
                    Plaintiff,

v.                                           Case No.: 1:16−cv−02076
                                             Honorable Sharon Johnson Coleman

Thomas Keesee, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 29, 2018:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 1/29/2018. Parties are pursuing mediation. If the matter is not resolved, this Court will set firm discovery dates at the next status. Status hearing set for 4/30/2018 at 09:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.