## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PETER GABIOLA, *et al*., on behalf of themselves and all other similarly situated individuals, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 16 cv 02076 |
| MUGSHOTS.COM, LLC, a Delaware Limited Liability Company; *et al*., | ) ) ) ) | |
| *Defendants*. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs Peter Gabiola, Antonio Hammond, and Jimmy Thompson ("Plaintiffs"), on behalf of themselves and all other similarly situated individuals, by their attorneys, hereby respectfully request this Honorable Court grant Sheryl Melanie Ring leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiffs state as follows:

1. Since January 20, 2016, Sheryl M. Ring, formerly known as Stuart M. Clarke, has been one of the attorneys of record for Plaintiffs.

2. Ms. Ring has left the firm of Berton N. Ring, P.C.

3. Plaintiffs will continue to be represented by counsel from the firm Berton N. Ring, P.C.

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant Sheryl M. Ring leave to withdraw as one of the attorneys of record in this action.

Respectfully submitted,
PETER GABIOLA, JIMMY THOMPSON,
and ANTONIO HAMMOND, on behalf of
themselves and all others similarly situated,

/s/ Berton N. Ring
By the Plaintiffs' Attorney
Berton N. Ring, P.C.

Berton N. Ring #6183351
BERTON N. RING, P.C.
123 West Madison Street, 15th Floor
Chicago, IL 60602
(312) 781-0290 / bring@bnrpc.com