CRAVEN RANDALL CASPER

**FILED**

May 21, 2018

MAY 30 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

---

United States District Court – Northern District of Illinois
Honorable Sharon Johnson Coleman
Case: 1:16-cv-02076 [Gabiola et al v. Keesee et. al.]:
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Original for Court Record

SENT VIA CERTIFIED UNITED STATES MAIL AND EMAIL

---

**RE: < http://mugshots.com/Current-Events/RANDALL-CASPER.101198188.html >.**

Dear Honorable Sharon Johnson Coleman, Federal Judge in Case: 1:16-cv-02076 [Gabiola et al v. Keesee et. al.]:

I have sent a final Cease and Desist Demand Letter and 30-Day Notice of Intention to file a similar lawsuit in North Carolina. Please see the attached link, the Defendant [mugshots.com], published. This information has been published and distributed by the Defendant's website, and the information remains publicly available at the Online Internet link referenced herein. There is false and erroneous information and statements of fact.

< http://mugshots.com/Current-Events/RANDALL-CASPER.101198188.html >

Further, it has come to my attention, that several individuals associated with mugshots.com have been arrested for extortion, among other charges this past week: < http://www.sun-sentinel.com/news/nationworld/fl-reg-mugshots-extortion-arrest-20180517-story.htm >.

I respectfully request that all correspondence be in writing. All correspondence should be directed to my attention at:

Mr. Craven Randall Casper
Legal Mail
P.O. Box 2311
Chapel Hill, NC 27515

Regards,

[signature] 5/21/18

Page 1|2

Page 1 of 11

CRAVEN RANDALL CASPER

Craven R. Casper

EMAIL: randall.casper@gmail.com

*5/21/18*

## CERTIFICATE OF SERVICE

< **Mugshots.com** >

Attn: Attorneys for the Defendant(s)

Mr. David N. Ferrucci, Esq.
Dickinson Wright
1850 North Central Avenue, Suite 1400
Phoenix Arizona 85004
United States of America

Page 2 of 11

# Two South Florida owners of Mugshots.com accused of extortion



Thomas Keesee, left, and Sahar Sarid are among four people named in a California arrest warrant (Courtesy)

By **Samantha Schmidt**
The Washington Post

MAY 18, 2018, 7:35 AM

Two South Florida men are among four people named Wednesday in arrest warrants related to an online website, Mugshots.com, which posts arrest records and booking photographs – and takes them down only for a fee.

Ever since the fall of 2013, Jesse T., of Sonoma County, Calif., has found it nearly impossible to land a job. He's applied for construction, manufacturing, and electrical positions, with no luck. After nearly a year of unreturned calls and emails, his friend alerted him to a troubling Web page.

Was Jesse in prison, his friend asked, according to an arrest warrant, which did not give Jesse's last name. When Jesse searched his own name in Google, the first result was a post on Mugshots.com, a website that mines ndicated that Jesse had been arrested, and included

Support Quality Journalism
Subscribe for only 99¢　　　START NOW >

Page 3 of 11

Jesse was, in fact, arrested in September 2013, but he was never charged with a crime. He was simply detained for 12 days and then released. But Mugshots.com made no such distinction. Jesse became convinced that the post, which included his full name, address and the reason for his detention, had ruined his reputation, making it difficult to find a job or even start a romantic relationship.

He clicked on a link to a related site, unpublisharrest.com, which offered to remove the information — but demanded that Jesse pay $399. He called a number associated with the web page, and told a man on the other line that his demands were illegal, according to an arrest warrant. The man laughed and hung up.

Jesse is one of thousands of people across the country who California prosecutors say have been extorted by Mugshots.com. Between 2014 and 2017, Mugshots.com allegedly took more than $2.4 million in fees from at least 5,703 people nationwide who wanted their photos removed from the site, California Attorney General Xavier Becerra said in a news release Wednesday. About 175 of those individuals had billing addresses in California.

Becerra has filed charges of extortion, money laundering, and identity theft against four men who are allegedly behind Mugshots.com. The arrest warrant, which seeks to extradite the men to California, names Sahar Sarid, of Lighthouse Point, Thomas Keesee, of West Palm Beach, Kishore Vidya Bhavnanie, and David Usdan as the alleged owners and operators of Mugshots.com. None of the men could be located for comment. The website appears to still be operating as usual.

Mugshots.com is one of several websites nationwide that make money by publicizing arrest information and demanding fees through intermediary sites to swipe records clean.

Mugshots.com and similar websites say they are simply republishing arrest information that is already publicly available through government records. Mugshots.com shows a disclaimer in capitalized letters at the top of its Web page saying the information on its website is in no way an indication of guilt or evidence that an actual crime has been committed.

But to many people whose photos have cropped up on the site, such disclaimers are not enough to make up for the damage to their reputation. Mugshots.com refuses to take down criminal record information unless that person pays a fee, usually $399, through the secondary website, Unpublisharrest.com. They make no exceptions — even if the person's charges were dismissed or if the arrest was due to a mistaken identity or law enforcement error, according to a law enforcement affidavit, which included interviews with 18 people.

"This pay-for-removal scheme attempts to profit off of someone else's humiliation," Becerra said in a statement. "Those who can't afford to pay into this scheme to have their information removed pay the price when they look for a job, housing, or try to build relationships with others. This is exploitation, plain and simple."

Websites like Mugshots.com have been operating for years, particularly in Florida. In 2012, the Miami Herald called mug shot websites the "hot new internet business." One of the first such websites appears to have been Arrrests.org, operated by Rob Wiggen, a 33-year-old Floridian skilled in computer programming. He would post

Page 4 of 11

hundreds of new mug shots on a daily basis, mining law enforcement websites in Florida and four other states, the Herald reported.

An intermediary website would, in turn, charge people hundreds of dollars to remove mug shots.

A number of lawsuits have previously tried to target Mugshots.com. Last year, Illinois resident Peter Gabiola filed a federal lawsuit seeking class-action status against Mugshots.com, alleging it posted incomplete criminal records so that its sister site could solicit "takedown" fees from people, the Chicago Tribune reported.

Gabiola said he was fired an hour after starting a new job because the employer saw his retail theft arrest record online. Even after the Illinois Department of Corrections had removed his records from its website, the information was still available on Mugshots.com, the Tribune reported.

In 2012, an attorney filed a class-action lawsuit against Mugshots.com and other booking photo websites, but was not able to locate the owners to serve them.

The owners of Mugshots.com have tried to conceal their identities by listing their business address in Nevis, West Indies, registering their domain name in Belize and using a website hosting company in Australia, according to the attorney general's affidavit. They also hide behind dissolved or inactive limited liability companies. In doing so, "the owners avoid service of process by those who have been injured through their business practices, giving their victims no recourse to seek damages," the affidavit stated.

The repercussions of a post on Mugshots.com can carry on long after a person dies.

Rosa S., a resident of Ventura County, told investigators her late husband, Tony, was jailed for one night in 1998. He was never charged with a crime, and had no criminal history. In 2002, he committed suicide.

Their son has the same name as his father, and when she searched her son's name on the Internet, the first result that popped up was her late husband's booking photo.

When she called Mugshots.com to have it removed, she was told she would have to pay.

The mother said what Mugshots is doing "is very ugly," the affidavit stated, "they are profiting from people's pain."

Copyright © 2018, Sun Sentinel

Page 5 of 11

CRAVEN RANDALL CASPER

May 21, 2018

---

< Mugshots.com >

Attn: Attorneys for the Defendant(s)

Mr. David N. Ferrucci, Esq.
Dickinson Wright
1850 North Central Avenue, Suite 1400
Phoenix Arizona 85004
United States of America

SENT VIA CERTIFIED UNITED STATES MAIL AND EMAIL

---

# LEGAL CEASE AND DESIST

# DEMAND NOTICE

# 30-DAY NOTICE

# INTENT TO FILE

RE: < http://mugshots.com/Current-Events/RANDALL-CASPER.101198188.html >.

Dear Attorneys for the Defendants in Case: 1:16-cv-02076 [Gabiola et al v. Keesee et. al.]:

Please see the attached link your client [mugshots.com] published. This information has been published and distributed by your website, and the information is publicly available at the Online Internet link referenced herein. There is false and erroneous information and statements of fact.

Pg 6 of 11

Page 1|2

CRAVEN RANDALL CASPER

< http://mugshots.com/Current-Events/RANDALL-CASPER.101198188.html >

If this link/site is not taken down by **June 22, 2018**, I will file a lawsuit in Orange County, North Carolina Superior Court. I have already filed fifteen (15) such lawsuits, so if I do not receive a professional, written response from you or a licensed North Carolina attorney representing your client, then it will be considered that my hand has been forced to pursue litigation in Orange County, North Carolina's Superior Court, where I will seek damages, interest and an award of attorney's fees. Further, I will send a copy of this letter to the Court and Judge, the Honorable Sharon Johnson Coleman, in Federal Case No.: 1:16-cv-02076 [Gabiola et al v. Keesee et. al.].

Further, it has come to my attention, that several individuals associated with mugshots.com have been arrested for extortion, among other charges: < http://www.sun-sentinel.com/news/nationworld/fl-reg-mugshots-extortion-arrest-20180517-story.htm >.

I respectfully request that all correspondence be in writing. All correspondence should be directed to my attention at:

      Mr. Craven Randall Casper
      Legal Mail
      P.O. Box 2311
      Chapel Hill, NC 27515

Regards,
/S/
Craven R. Casper

      EMAIL: randall.casper@gmail.com

*Page 7 of 11*



Craven Randall Casper <randallcasper@gmail.com>

# LEGAL CEASE AND DESIST and 30-DAY NOTICE INTENT TO FILE
1 message

**Craven Randall Casper** <randall.casper@gmail.com>  Mon, May 21, 2018 at 9:53 AM
To: dferrucci@dickinsonwright.com, courtdocs@dickinsonwright.com, agrant@dickinsonwright.com

Dear Attorneys for the Defendant(s):

Out of an abundance of caution, please see the attached PDF. A certified copy has been mailed to you. If we can not reach an agreement for the removal of the attached link within 30-days, I will file a lawsuit in Orange County, North Carolina's Superior Court Division. If your client wishes to proceed in that direction, please have a licensed North Carolina attorney provide me their contact information, so that I can have them properly served in June, 2018, on behalf of your client < MUGSHOTS.COM >.

LINK: < http://mugshots.com/Current-Events/RANDALL-CASPER.101198188.html >.

Regards,

Craven Randall Casper

--
Craven Randall Casper

P.O. Box 2311
Chapel Hill, NC 27515

E: randall.casper@gmail.com



LETTER_CEASE_DESIST_MUGSHOTS.COM.pdf
67K

*page 8 of 11*

# Mugshots.com   ABOUT   FAQ   CATEGORIES

**DISCLAIMER NOTICE:** ALL ARE PRESUMED INNOCENT UNTIL PROVEN GUILTY IN A COURT OF LAW. PUBLISHED MUGSHOTS AND/OR ARREST RECORDS ARE PREVIOUSLY PUBLISHED PUBLIC RECORDS OF: AN ARREST, AN INDICTMENT, A REGISTRATION, THE DEPRIVATION OF LIBERTY OR A DETENTION. THE MUGSHOTS AND/OR ARREST RECORDS PUBLISHED ON MUGSHOTS.COM ARE IN NO WAY AN INDICATION OF GUILT AND THEY ARE NOT EVIDENCE THAT AN ACTUAL CRIME HAS BEEN COMMITTED. ARREST DOES NOT IMPLY GUILT, AND CRIMINAL CHARGES ARE MERELY ACCUSATIONS. A DEFENDANT IS PRESUMED INNOCENT UNLESS PROVEN GUILTY AND CONVICTED. FOR LATEST CASE STATUS, CONTACT THE OFFICIAL LAW ENFORCEMENT AGENCY WHICH ORIGINALLY RELEASED THE INFORMATION.

**FCRA DISCLAIMER:** MUGSHOTS.COM DOES NOT PROVIDE CONSUMER REPORTS AND IS NOT A CONSUMER REPORTING AGENCY. OUR DATABASE CANNOT BE USED TO MAKE DECISIONS ABOUT CONSUMER CREDIT, EMPLOYERS, INSURANCE, TENANT SCREENING, OR ANY OTHER PURPOSES THAT WOULD REQUIRE FCRA COMPLIANCE.

Advertise Here

← RICHARD MCGOUGH                                         BRANDON WICKER →

Current Events » RANDALL CASPER

news, mugshots.com, unconstitutional mugshot laws, exonerations, arrest records, FBI most wanted mugshot, mugshots.com news, mugshot news, editorials, opinion, mugshots

## RANDALL CASPER

See Arrest Records    Get Criminal & Arrest Records

 reddit this!  Tweet  G+  Like 0  Share



**RANDALL CASPER: WCTI12.COM IN NORTH CAROLINA REPORTS COLDWELL BANKER REALTY EMPLOYEE ARRESTED FOR ALLEGEDLY STEALING KITCHEN EQUIPMENT FROM BUILDING SOLD TO HOOTERS RESTAURANT — 5/15/2015**

"A Morehead City man was arrested for stealing from a building the reality company he works for just sold to a chain restaurant, according to Morehead City Police.

According to Lt. Kelly Guthrie, Randall Craven Casper broke into and stole from the building that is now the new Hooters restaurant on Highway 70 in Morehead City. The break in allegedly happened before the restaurant started to renovate the buildings and after Coldwell Banker sold the property to Hooters.

$20,000 worth of kitchen and bar equipment was stolen from the restaurant and listed on Craigslist.com for sale, Lt. Guthrie said. The break in happened on April 1st. Police became suspicious when there were no signs of forced entry on the building.

"We made contact with one of the country clubs in our area and found that some of the property had been sold to them," Guthrie said.

Lt. Guthrie also said Casper was renting out commercial property that he did not have ownership of and collecting the profits.

Casper has been charged with two counts each of larceny, breaking and entering and obtaining property by false pretense. He was jailed under a $30,000 bond."

All are presumed innocent until proven guilty in a court of law. Published

*Page 9 of 11*

http://mugshots.com/Current-Events/RANDALL-CASPER.101198188.html

Page 1 of 3

mugshots and/or arrest records are previously published public records of: an arrest, an indictment, a registration, the deprivation of liberty or a detention. The mugshots and/or arrest records published on Mugshots.com are in NO way an indication of guilt and they are NOT evidence that an actual crime has been committed. For latest case status, contact the official law enforcement agency which originally released the information.

The following Official Record of RANDALL CASPER is being redistributed by Mugshots.com and is protected by constitutional, publishing, and other legal rights. This Official Record was collected on 5/15/2015.

**Mugshots.com ID: 101198188**

**External Links:**

› wcti12.com – Police: Man arrested for stealing from client's building | News - W...

Do you know of a related media coverage to this person and/or arrest? **Submit a link now.**



All original material at this website is subject to copyright. Certain materials reproduced on this website are believed to be in the public domain. The appearance of the likeness and/or na on mugshots.com is not an allegation by mugshots.com that the person has in fact engaged in any of the activities or crimes for which they have been charged. All information published is believed to be factually true and correct, and is not intended to malign, disparage, or defame any person named herein. Mugshots.com makes every effort to insure the accuracy of i on this website. However, Mugshots.com does not guarantee the accuracy or timeliness of the content of this website. Opinions expressed in comments across this website are solely th #mugshots

We use third-party advertising companies to serve ads when you visit our Website. These companies may use information (not including your name, address email address or telepho your visits to this and other Web sites in order to provide advertisements about goods and services of interest to you. If you would like more information about this practice and to know not having this information used by these companies, click here

mugshots.com definitions:

Arrest or booked: An arrest is the act of depriving a person of his or her liberty usually in relation to the purported investigation or prevention of crime and presenting (the arrestee) to a of the criminal justice system. The term is Anglo-Norman in origin and is related to the French word arrêt, meaning "stop".

The question whether the person is under arrest or not depends not on the legality of the arrest, but on whether the person has been deprived of personal liberty of movement. Includi to; a traffic stop, citation issuance or initial investigation of alleged crime scene.

The word "arrest" on Mugshots.com means the apprehension of a person or the deprivation of a person's liberty.

The word "booked", when used by mugshots.com, is identical in meaning to the word "arrest".

Mugshot - A photograph of usually a person's head and especially face; specifically : a police photograph of a suspect's face or profile." - Merriam Webster dictionary

"Mugshot unavailable": A mugshot may or may have not been taken by authorities.

"hit" or "view": An internal web visit measurement unit. Data provided to our visitors is estimated and may not be accurate. No guarantee of accuracy is made herein.

The mere questions and/or reports presented on this website about a possible arrest of a person are not an implication of an actual arrest.

Page 10 of 11

RANDALL CASPER: MUGSHOTS.COM & NORTH CAROLINA REPORTS EQUICHENE EQUIPMENT FROM BUILDING SOLD TO HOOTERS RESTAURANT  5/21/18, 8:58 AM

© Mugshots.com   ABOUT   FAQ   CONTACT   MEDIA INQUIRIES   ADVERTISE   SITE

Owned and Operated by: Julkisuudessa, Nevis, West Indies

Page 11 of 11