## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Peter Gabiola, et al.
                    Plaintiff,

v.                                     Case No.: 1:16−cv−02076
                                                      Honorable Sharon Johnson Coleman

Thomas Keesee, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 22, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 6/22/2018. Case is referred to a Magistrate Judge for discovery supervision and settlement. Motion by Attorney Sheryl Ring to withdraw as attorney for plaintiffs [125] is stricken due to failure to comply with Local Rule 5.3(b). Status hearing is set for 10/22/2018 at 9:00 AM. The Court will enter the Protective Order as stated in open court once properly submitted to the proposed order inbox. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.