# United States District Court
# Northern District of Illinois

In the Matter of

Peter Gabiola et al

v.

Thomas Keesee et al

Magistrate Judge Jeffrey T. Gilbert

Case No. 16-CV-2076

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to a magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Sharon Johnson Coleman**

Date: Friday, June 22, 2018

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred by lot to a magistrate judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Friday, June 22, 2018

District Referral - By Lot to a Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Discovery Supervision

- Settlement Conference

...........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Referral - By Lot to a Magistrate Judge