UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Peter Gabiola, et al.
                        Plaintiff,

v.                                              Case No.: 1:16−cv−02076
                                             Honorable Sharon Johnson Coleman

Thomas Keesee, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 29, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert for the purposes of discovery supervision and to conduct a settlement conference. Initial status hearing scheduled for 7/11/18 at 10:00 a.m. An initial status report is not required. Prior to the status hearing, however, the parties shall familiarize themselves with the subjects referenced in Magistrate Judge Gilbert's Standing Order for Initial Status Report and his Standing Order for Settlement Conference posted on the Court's website at www.ilnd.uscourts.gov/Judges as applicable to referral cases. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.