**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Peter Gabiola, et al.
                         Plaintiff,

v.                                             Case No.: 1:16−cv−02076
                                            Honorable Sharon Johnson Coleman

Thomas Keesee, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 11, 2018:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Initial status hearing held on 7/11/18 and continued to 10/3/18 at 10:00 a.m. Counsel reported they will need a protective order entered. The parties will agree on language for such an order based on the Court's model confidentiality order and submit a red−line version and clean copy to the Court's proposed order email address by 7/20/18. If the parties can not agree on language, they should meet and confer about those issues and, if they cannot resolve the issues themselves, the party that wants the confidentiality order entered shall file an appropriate motion by 7/20/18. Within 7 days of the entry of the confidentiality order, Defendants will produce the documents they are producing now without objection that are responsive to Plaintiffs' discovery requests. Plaintiffs' counsel says he needs to review Defendants' document production before he will know whether to challenge any of Defendants' objections to Plaintiffs' discovery requests. The parties shall meet and confer on Defendants objections to Plaintiffs' discovery requests and, if Plaintiffs need to file a motion to compel further production by Defendants, they shall do so by 9/12/18. If they cannot meet that date because of the volume of documents produced by Defendants, the Court will entertain a stipulation to extend that date with reasons for the requested extension provided in the stipulation. Defendants will serve their written discovery on Plaintiffs by 8/3/18. The parties shall meet and confer about a discovery plan along the lines discussed in open court and file a joint discovery plan by 9/26/18. If the parties are having any issues with discovery, they should not wait until the 10/3/18 status hearing to raise the dispute with the Court. Rather, they should meet and confer about those issues and, if they cannot resolve the issues themselves, counsel shall file a joint motion to resolve discovery dispute(s) and notice it before Magistrate Judge Gilbert. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.