IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER GABIOLA and ANTONIO HAMMOND, on behalf of themselves and all other similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 16 cv 02076 |
| MUGSHOTS.COM, LLC, a Delaware Limited Liability Company; *et al.*, | ) ) ) | |
| *Defendants*. | ) | |

### MOTION TO COMPEL

Plaintiffs Peter Gabiola ET AL by and through their attorneys, Berton N. Ring, P.C., hereby respectfully move this Honorable Court to compel defendants to answer discovery and to overrule their objections and in support thereof states as follows:

1. Plaintiffs filed their discovery requests upon the defendants and their counsel in 2016

2. Thereafter, defendants served their objections and filed their motion to stay discovery while they pursued extensive and expensive motion practice.

3. Their first objections concerned the lack of a protective order and blamed the lack of a protective order for their reasons not to provide documents and other discovery answers.

4. Earlier this year the parties agreed to mediate this case with the Honorable Justice Stuart Palmer of Jams.

5. Defendants then also agreed to supply documents prior to the mediation to ensure a more meaningful mediation. Nothing was provided prior to the mediation.

6. Once the protective order was entered by this court, in May of this year defendants next basis for their non compliance of the discovery requests was how to get the items to plaintiff's counsel. Plaintiff's counsel offered many different suggestions including the forwarding or down loading of the audio files and the files to Kwik Kopy in Chicago, plaintiffs' counsel usual copy and electronic discovery service.   That email was sent in August 7th 2018. Still no response.

7. Further discussions and emails were back and forth to David Bray about the lack of discovery in June, July and August, 2018, including June 27, 2018, August 9, 2018 August 7, 2018. On August 9, 2018 Mr. Bray sent an email to Mr. Ring which showed that he had a link to the discovery responses. However that was an invalid link and nothing was received. Mr. Bray practices in Arizona and Mr. Ring asked Mr. Bray about the in person meet and confer. Mr. Bray then mentioned that Mr. Stick would then do the meet and confer. However, no meet and confer has taken place with Mr. Stick. Mr. Stick does not have any documents as he only serves as local counsel.

8. With respect to the personal inspection of the real estate or the offices of the defendants. Mr. Bray indicated that they operate out of a virtual office with programmers in Russia.

9. Other than objections to almost all of the discovery or "to be produced" other than extensive motion practice, defendants have provided nothing.

Wherefore plaintiff moves this Honorable court to compel the defendants to immediately answer discovery and to overrule their objections.

.

    Respectfully submitted,
PETER GABIOLA and
ANTONIO HAMMOND, on
behalf of themselves and all
others similarly situated

/s/ Berton N. Ring
By one of its Attorneys,
Berton N. Ring, P.C.

Berton N. Ring #6183351
BERTON N. RING, P.C.
123 W. Madison St., 15th Floor
Chicago, Illinois 60602
(312) 781-0290