# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PETER GABIOLA and ANTONIO HAMMOND, on behalf of themselves and all other similarly situated individuals, <br><br> *Plaintiffs*, <br><br> v. <br><br> MUGSHOTS.COM, LLC, a Delaware Limited Liability Company; *et al.*, <br><br> *Defendants*. | No. 16 cv 02076 <br> Judge Coleman <br> Magistrate Cox |

## PARTIES JOINT AGREED MOTION FOR DISMSSAL

Plaintiffs Peter Gabiola, Antonio Hammond, and Jimmy Thompson, and defendants move for dismissal pursuant to Federal Rule of Civil Procedure 41 (a)(2) as follows:

1. The parties have reached a confidential written settlement agreement ("agreement") in this matter after mediation and further negotiation. The parties are in compliance with the written agreement.

2. No class has been certified no counterclaim filed, no receiver has been appointed and no motion for summary judgment has been filed.

3. This is a refiled case.

1

WHEREFORE the plaintiffs and the defendants move for an order of dismissal with each side to bear their own fees and costs with prejudice.

Respectfully submitted,

*/s/ Berton N. Ring*
Berton N. Ring, P.C.

Berton Ring #06183351
BERTON N. RING, P.C.
123 West Madison Street, 15th Floor
Chicago, IL 60602
(312) 781-0290
bring@bnrpc.com