IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER GABIOLA and ANTONIO HAMMOND, on behalf of themselves and all other similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 16 cv 02076 Judge Coleman |
| MUGSHOTS.COM, LLC, a Delaware Limited Liability Company; *et al*., | ) ) ) | Magistrate Cox |
| *Defendants*. | ) | |

**NOTICE OF MOTION**

To: See service list

**PLEASE TAKE NOTICE THAT** that on **April 17, 2019** at **8:45 a.m**. I shall appear before the Honorable Judge Sharon Johnson Coleman, in **Courtroom 1425**, in the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL 60604, and present the attached Parties Joint Agreed Motion for Dismissal, at which time and place you may appear if you so see fit.

Respectfully Submitted,
/s/ Berton N. Ring,
Berton N. Ring

BERTON N. RING, #6183351
BERTON N. RING, P.C.
123 W Madison, 15th Floor
Chicago, IL 60602
312.781.0290
bring@bnrpc.com

**CERTIFICATE OF SERVICE**

I, Cosette Deal, non-attorney, states that on the 5th day of April, 2019, she has caused a true and accurate copy of Plaintiff's Notice of Motion and Parties Joint Agreed Motion for Dismissal to be served on the above listed parties at the above corresponding email addresses and by mailing a copy and depositing the same in the U.S. mail at 123West Madison, Chicago, Illinois 60602, with proper postage prepaid and via email.

/s/ Cosette Deal, Paralegal

## **SERVICE LIST**

Linda W. Wawzenski
Assistant US Attorney
219 South Dearborn
Chicago, IL 60604

David G. Bray
Dickinson Wright PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
dbray@dickinson-wright.com

David N. Ferrucci
Dickinson Wright PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
dferrucci@dickinsonwright.com

Michael A. Stick
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 180
Chicago, IL 60602
mstick@butlerrubin.com

Christopher G. Wells
John P. Wolfsmith
Richard S. Huszagh
Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
cwells@atg.state.il.us
jwolfsmith@atg.state.il.us
rhuszagh@atg.state.il.us